UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 4, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COREY LEE WARMBOE

Defendant.

Case No. 2:19-cr-00028-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  COREY LEE WARMBOE  Case No.  2:19-cr-00028-KJN  Charge  18 USC § 111(a)  from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Defendant not allowed to enter Social Security Administration without the presence of defense counsel, or if defense counsel is not available then defense investigator.

Issued at Sacramento, California on February 4, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman