McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
ERIC J. CHANG
Special Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00028-KJN |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| COREY LEE WARMBOE, | DATE: March 6, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Kendall J. Newman |

**STIPULATION**

1.  By previous order, this matter was set for status on March 6, 2019.

2.  By this stipulation, the parties now move to continue the status conference until March 20, 2019, and to exclude time between March 6, 2019, and March 20, 2019, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

     a)  The discovery associated with this case includes investigative reports and related documents in electronic form including over 100 pages of documents and over one dozen videos and photos. This discovery was produced directly to counsel and/or made available for inspection and copying.

     b)  Counsel for the defendant needs additional time to review the current charges, to conduct investigation and research related to the charges, to review discovery, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2019 to March 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5

6 Dated:  March 5, 2019                    McGREGOR W. SCOTT
                                          United States Attorney

7

8                                         /s/ ROBERT J. ARTUZ
                                          ROBERT J. ARTUZ
9                                         Special Assistant U.S. Attorney

10

11 Dated:  March 5, 2019                   /s/ LINDA ALLISON
                                          LINDA ALLISON
12                                        Counsel for Defendant
                                          Corey Lee Warmboe

13

14

15

16

17                        **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 6th day of March, 2019.

19

20

21                                        _____
                                          KENDALL J. NEWMAN
22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME