HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
COREY WARMBOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-0028-KJN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| | ) |
| COREY WARMBOE, | ) New Date: May 8, 2019 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Kendall J. Newman |
| | ) |
| | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROBERT ARTUZ, Assistant Federal Defender LINDA C. ALLISON attorney for COREY WARMBOE that the Court continue the status conference currently set for April 24, 2019 to May 8, 2019 at 9:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel needs additional time to continue to review discovery with her client, to conduct a further investigation and discuss plea negotiations her client and with the government.

/ / /

/ / /

/ / /

/ / /

-1-

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through May 8, 2019, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: April 18, 2019

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
COREY WARMBOE

Dated: April 18, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Linda C. Allison for
ROBERT ARTUZ
Assistant United States Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, April 18, 2019, up to and including May 8, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

It is further ordered that status conference hearing on April 24, 2019 shall be vacated and continued to May 8, 2019, at 9:00 a.m. **May 8, 2019 is a firm date, and the court is not inclined to grant further continuances.**

Dated: April 19, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE